| Mod. Prob. 22 (Rev. 03/2010) | | DOCKET NUMBER: (Trans. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:11CR00113 - 001 |
| | | DOCKET NUMBER: (Rec. Court) |
| | | 3:13-00265-01 |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Peter Walker Grimes | Western Kentucky | Louisville |
| | NAME OF SENTENCING JUDGE | |
| | Charles R. Simpson III, Judge, U.S. District Court | |
| | DATES OF PROBATION | FROM 05/25/2012 — TO 05/24/2013 |

**OFFENSE:**

Statements Or Entries Generally (False Writing Of A Document)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN** DISTRICT OF **KENTUCKY**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Charles R. Simpson III, Judge
United States District Court

_____          _____
Date                     Charles R. Simpson III, Judge, U.S. District Court

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Middle District   OF   Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

12/23/13                 _____
Effective Date           UNITED STATES DISTRICT JUDGE